BILLIE ETHEL HARK ET AL. *v.* TONY GREEN ET AL.
[No. 28, January Term, 1935]

*Decided May 2nd, 1935.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, SHEHAN, and JOHNSON, JJ.

*Leonard Weinberg* and *Harry J. Green,* with whom were *Weinberg & Sweeten,* on the brief, for the appellants.

*W. A. C. Hughes, Jr.,* with whom was *Warner T. McGuinn* on the brief, for the appellees.

The opinion was delivered *per Curiam.*